```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 30390
   REGINA REMPSON
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1932

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/03/2005 and was confirmed 09/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 11/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
NUVELL CREDIT CO LLC         SECURED           5750.00          603.00         5750.00
NUVELL CREDIT CO LLC         UNSECURED         8898.82             .00          889.88
ROBERT J ADAMS & ASSOC       PRIORITY         NOT FILED            .00             .00
AMERICAS FINANCIAL CHOIC     UNSECURED          357.19             .00           35.72
CAPITAL ONE                  UNSECURED          829.01             .00           82.90
COMCAST                      UNSECURED        NOT FILED            .00             .00
COMED                        UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP        UNSECURED          896.60             .00           89.66
MERRICK BANK                 UNSECURED         1758.89             .00          175.89
ICE MOUNTAIN SPRING WATE     UNSECURED        NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE     UNSECURED             .00             .00             .00
TARGET NATIONAL BANK         UNSECURED          242.44             .00           24.24
US CELLULAR                  UNSECURED        NOT FILED            .00             .00
CAPITAL ONE                  UNSECURED          591.97             .00           59.20
ROBERT J ADAMS & ASSOC       REIMBURSEMENT     210.00              .00          210.00
ROBERT J ADAMS & ASSOC       DEBTOR ATTY     2,200.00                         2,200.00
TOM VAUGHN                   TRUSTEE                                            673.91
DEBTOR REFUND                REFUND                                             148.60

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            10,943.00

PRIORITY                                      210.00
SECURED                                     5,750.00
   INTEREST                                   603.00
UNSECURED                                   1,357.49
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                          673.91
DEBTOR REFUND                                 148.60

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 30390 REGINA REMPSON
```

```
                               ---------------     ---------------
TOTALS                              10,943.00           10,943.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                /s/ Tom Vaughn
Dated: 02/26/09         _____
                TOM VAUGHN
                CHAPTER 13 TRUSTEE